FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KETTLE RANGE CONSERVATION GROUP, a non-profit organization,<br><br>    Plaintiff,<br><br>    v.<br><br>RODNEY SMOLDEN, in his official capacity as Forest Supervisor, Colville National Forest; RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service; UNITED STATES FOREST SERVICE, a federal agency; HUGH MORRISON, in his official capacity as Regional Director for the U.S. Fish and Wildlife's Service's Pacific Region; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service; and UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency,<br><br>    Defendants. | No. 2:23-CV-00147-SAB<br><br>**ORDER RESETTING DEADLINE TO FILE RESPONSIVE PLEADING** |

**ORDER RESETTING DEADLINE TO FILE RESPONSIVE PLEADING** *1

Before the Court is Defendants' Unopposed Motion to Vacate Defendants' Responsive Pleading Deadline, ECF No. 17. The motion was considered without oral argument. Defendants move the Court to vacate their deadline to file a responsive pleading in the above-captioned matter. Defendants indicate Plaintiff intends to file an Amended Complaint and they need additional time to determine how to proceed with the case. Defendants also state the Plaintiff does not oppose the motion. Good cause existing, the Court resets the deadline for Defendants to file.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Unopposed Motion to Vacate Defendants' Responsive Pleading Deadline, ECF No. 17, is **GRANTED**.

2. The current deadline for Defendants to file a responsive pleading is **VACATED**.

3. Defendants shall file their responsive pleading in this matter no later than **twenty-one (21) days** after Plaintiff files an Amended Complaint.

**IT IS SO ORDERED**. The Clerk of the Court is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 31st day of July 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER RESETTING DEADLINE TO FILE RESPONSIVE PLEADING** *2